UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BRIAN KEITH HUBBARD,

          Plaintiff,

-vs-                                  Case No. 5:05-cv-425-Oc-10GRJ

JAY BROWN, et al.,

          Defendants.
_____/

## O R D E R

The United States Magistrate Judge has issued a report (Doc. 12) recommending that the Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) be denied and that the Plaintiff's Complaint (Doc. 1) be dismissed with prejudice. The Plaintiff has filed objections to the Magistrate Judge's report (Doc. 17), and the Court concludes that they are frivolous and due to be overruled.

Upon an independent examination of the file and upon due consideration, it is ordered that:

    (1) the report and recommendation of the Magistrate Judge (Doc. 12) is adopted, confirmed and made a part hereof;

    (2) the Plaintiff's Objections (Doc. 17) are OVERRULED;

    (3) the Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is DENIED;

    (4) the Plaintiff's Complaint (Doc. 1) is DISMISSED with prejudice; and

(5) the Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file on this matter.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 20th day of January, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Brian Keith Hubbard, *Pro Se*
             Maurya McSheehy